IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. ALLEN,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director NDCS;<br><br>Respondent. | 8:19CV212<br><br>**ORDER** |

On this date, the court entered a progression order progressing this case to final resolution. ([Filing No. 6](#).) The court inadvertently listed the incorrect date for the Respondent's deadline to file an answer and separate brief. Accordingly,

IT IS ORDERED that:

1. The clerk's office is directed to terminate the pro se case management deadline of January 13, 2019.

2. The clerk's office is directed to set a pro se case management deadline in this case using the following text: **January 13, 2020**: check for Respondent's answer and separate brief.

Dated this 28th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge